DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTONIO FIDDEMON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-1212

[June 27, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrew L. Siegel, Judge; L.T. Case No. 03-19551 CF10A.

Antonio Fiddemon, Florida City, pro se.

No appearance filed for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***